FELIX KAUFMAN AND WILLIAM JOSEPHY v. JOHN HUDE.

*Garnishee's Costs.*

An order allowing costs to a garnishee after the discontinuance of proceedings against him, and without notice to the defendants in the principal suit, is a nullity.

Case made from Wayne. Submitted June 12. Decided June 19.

ASSUMPSIT, the defendant pleading in bar an order made by a court of concurrent jurisdiction in a suit previously brought against the plaintiffs in this, allowing him costs as their garnishee, to an amount equal to the debt which he owed them, and for which this suit is brought.

*Julian G. Dickinson* (on brief) for plaintiffs. The defendant should show every requisite of jurisdiction and regularity in the proceedings in garnishment. *Maynards v. Cornwell,* 3 Mich., 309; *Drew v. Dequindre,* 2 Doug., (Mich.), 94; *Greenvault v. Farmers', etc., Bank,* Id., 498.

*M. A. Markham* and *Henry Plass, Jr.,* (on brief) for defendant.

PER CURIAM. Suit was brought in the Superior Court of Detroit by one Glass against these plaintiffs, and Hude

was garnisheed as their creditor. He answered, and the proceedings against him were discontinued on the filing by the plaintiffs of the bond provided for by Compiled Laws, § 6512.

A month after this discontinuance, without any notice to the plaintiffs, the Superior Court made an order allowing Hude fifteen dollars costs to be deducted from the amount owing to plaintiffs. The plaintiffs in their suit with Glass afterwards obtained judgment. This is a suit against Hude to recover what he is supposed to owe them, and the only question is whether Hude is entitled to be allowed the fifteen dollars costs. We think not. The order as already stated was made after the proceeding against him was discontinued, and without notice to the plaintiffs. Under the statute (Comp. L., § 6505) the plaintiffs were only liable to the payment of costs in case judgment in the principal suit passed against them; but even then they would be entitled to notice before any allowance of costs could be made against them. The proceedings against the garnishee being then discontinued, no one was before the court for any proceedings, and any order made without notice would necessarily be a nullity.

Judgment must be reversed and judgment entered in this court for plaintiffs for the amount shown by the finding and costs of all the courts.